REHEARING MOTION GRANTED

DECEMBER 12, 1947

No. 7478.—

*Marine Products Co.* v. *United States.*   Entered at San Diego, Calif. (Reap. Dec. 7373).   Motion by plaintiff.